**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 20-mj-0002-JMC**

**UNITED STATES OF AMERICA**

       **Plaintiff,**

**v.**

**DEIDRA DAWN VICTOR,**

       **Defendant.**

_____

**UNOPPOSED MOTION TO RESET PHOENIX APPEARANCE DATE**
_____

       Ms. Victor requests this Court to reset today's return and appearance date in Phoenix, Arizona to a date later in the week or following week.

       AS GROUNDS for this request Ms. Victor states as follows;

       1.    At her appearance in this Court on January 10, 2020, this Court ordered Ms. Victor released on bond with a number of conditions, including her obligation to report to the Federal Court in Phoenix, Arizona, at 3:00 p.m. on January 27, 2020.

       2.    Today, Ms. Victor contacted counsel and indicated that due to problems obtaining money for travel to Phoenix and because the roads are bad from snowfall, she does not think she will be able to make the court date in Phoenix today.

       3.    The U.S. Attorney, Mr. Player, was contacted this morning and has indicated that he does not oppose this request.

       Ms. Victor requests this court to reset her appearance date in Phoenix, Arizona to a date later in the week or in the following week.

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas R. Williamson | January 27, 2020 |
| THOMAS R. WILLIAMSON   No. 15329 | Date |

101 West 11th Street, Suite 118,
Durango, CO 81301
Phone: (970) 903-1558
E-Mail: tomdgolaw@gmail.com

## Certificate of Service

I hereby certify that on January 27, 2020, copies of this document were served on all opposing counsel of record by electronic filing.

/s/ Thomas R. Williamson